Date: 02/23/10                                                                                               Page: 1

**DIVIDENDS REMITTED TO THE COURT**

Check Number 109 Dated 02/23/10

Case Number 08-33584 - PAUTSCH, DALE FRED

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Lakeview Clinic**<br>424 Hwy 5 West<br>Waconia MN 55387-1795<br>  FINAL DISTRIBUTION<br>  7481 | 000003 | 91.68 | 0.81 |
| ---------- Remittance Total ---------- |  | 91.68 | 0.81 |

John A. Hedback, Trustee

RECEIVED 10 FEB 24 AM 11:33 U.S. BANKRUPTCY COURT ST. PAUL, MN